United States District Court
Southern District of Texas
**ENTERED**
April 13, 2022
Nathan Ochsner, Clerk

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| **PEGGY NAN MOORE,** | § | |
| | § | |
| **Plaintiff,** | § | |
| | § | |
| **VS.** | § | **CIVIL ACTION NO. 4:20-CV-02120** |
| | § | |
| **KIAH, LLC.,** *et al.*, | § | |
| | § | |
| **Defendants.** | § | |

## CONDITIONAL ORDER OF DISMISSAL

On April 13, 2022, the parties notified the Court that they have settled this case. The case is therefore **DISMISSED WITHOUT PREJUDICE** to reinstatement of the claims if any party represents to the Court, within sixty (60) days of this Order, that the settlement could not be completely documented. The claims will be **DISMISSED WITH PREJUDICE** sixty (60) days after the entry of this Order unless any party moves for reinstatement or an extension of the conditional dismissal period before that date.

**IT IS SO ORDERED.**

**SIGNED** at Houston, Texas, on April 13, 2022.

KEITH P. ELLISON
UNITED STATES DISTRICT JUDGE